435 A.2d 1329

J. J. DiPietro Enterprises, etc., et al. v. Bach and Assoc., Appellant.

Argued February 10, 1981.

Richard B. Tucker, for appellant; Theodore E. Breault, for appellees.

Before BROSKY, DiSALLE and SHERTZ, JJ.

Order affirmed.

435 A.2d 1329

NYE et al., Appellants, v. Yost et al.
Petition for Allowance of Appeal Denied Nov. 19, 1981.

Argued June 10, 1980. G. Robert Fitzpatrick, for appellants; Robert Steinberg, did not file a brief on behalf of Yost, appellee; James Rosini, for Garancosky, appellee.

Before HESTER, CAVANAUGH and VAN der VOORT, JJ.

Order affirmed.

CAVANAUGH, J., filed a memorandum dissenting opinion.